AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA /

FILED
DEC [date]
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── OFFENSE CHARGED ───
SETT ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

PENALTY:
SEE ATTACHMENT

─── DEFENDANT - U.S. ───
▶ JOSE JESUS MARTINEZ (a/k/a "JJ" Martinez)

**DISTRICT COURT NUMBER**
CR07-0793   C

─── DEFENDANT ───

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
ALCOHOL, TOBACCO AND FIREARMS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution
Santa Rita Jail

Has detainer been filed? ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DANIEL KALEBA, AUSA

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

## *United States v. Jose Jesus Martinez*
## *PENALTY SHEET*

Counts One through Three – Distribution of Heroin (Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)

| | |
|---|---|
| Imprisonment: | Maximum 20 Years Imprisonment |
| Fine: | Maximum $1,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

Count Four – Possession with Intent to Distribute Heroin (Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C))

| | |
|---|---|
| Imprisonment: | Maximum 20 Years Imprisonment |
| Fine: | Maximum $1,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

Count Five – Possession with Intent to Distribute Cocaine Base ("Crack" Cocaine) (Title 21, United States Code, Sections 841(a)(1) and 841

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

Count Six – Felon in Possession of Ammunition (Title 18, United States Code, Section 922(g)(1))

| | |
|---|---|
| Imprisonment: | 10 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: OAKLAND

CR 07-0793 CW

UNITED STATES OF AMERICA,

v.

JOSE JESUS MARTINEZ
(a/k/a "JJ" Martinez),

E-filing

**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATION: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Heroin (Three Counts); 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii) – Possession With Intent to Distribute Cocaine Base; 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession With Intent to Distribute Heroin; 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition

---

A true bill.

_____ Foreman

Filed in open court this _13th_ day of _December 2007_

_____ Clerk

Bail, $ _No bail arrest warrant._

_Wayne P. Brazil_   12-13-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE JESUS MARTINEZ ) <br> (a/k/a "JJ" Martinez), ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No.: CR07-0793 CW <br><br> VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Heroin (Three Counts); 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii) – Possession With Intent to Distribute Cocaine Base; 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession With Intent to Distribute Heroin; 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition <br><br> OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Heroin)

On or about August 30, 2007, in the Northern District of California, the defendant,

JOSE JESUS MARTINEZ
a/k/a JJ Martinez,

did knowingly and intentionally distribute approximately 25 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

INDICTMENT

COUNT TWO:        (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Heroin)

On or about September 6, 2007, in the Northern District of California, the defendant,

JOSE JESUS MARTINEZ,
a/k/a JJ Martinez,

did knowingly and intentionally distribute approximately 25 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT THREE:      (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of Heroin)

On or about October 3, 2007, in the Northern District of California, the defendant,

JOSE JESUS MARTINEZ,
a/k/a JJ Martinez,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT FOUR:       (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii) – Possession With Intent to Distribute Cocaine Base)

On or about October 9, 2007, in the Northern District of California, the defendant,

JOSE JESUS MARTINEZ,
a/k/a JJ Martinez,

did knowingly and intentionally possess with intent to distribute at least 5 grams of a mixture and substance containing a detectable amount of cocaine base (in the form of "crack" cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

COUNT FIVE:       (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession With Intent to Distribute Heroin)

On or about October 9, 2007, in the Northern District of California, the defendant,

JOSE JESUS MARTINEZ,
a/k/a JJ Martinez,

did knowingly and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

<u>COUNT SIX</u>:        (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

On or about October 9, 2007, in the Northern District of California, the defendant,

JOSE JESUS MARTINEZ,
a/k/a JJ Martinez,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, namely, approximately 28 rounds of 9 millimeter Speer "Lawman" (Lugar) ammunition, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED:     December 13, 2007        A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch


(Approved as to form: _____ )
AUSA DANIEL KALEBA

INDICTMENT                                    3