

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald v. Dellums Federal Building*
*1301 Clay Street, Suite 340S*                              *(510) 637-3680*
*Oakland, California 94612-5217*                         *FAX:(510) 637-3724*

<u>VIA E-FILING</u>

January 8, 2008

The Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court for the
 Northern District of California
1301 Clay Street
Oakland, CA 94612

    Re: <u>United States v. Jose Jesus Martinez</u>, CR 07-0793 CW and CR 00-40120 CW

Dear Honorable Judge Brazil:

    The United States requests that the above matter be placed on your calendar for Thursday, January 10, 2008, at 10:00 a.m. for arraignment. Please note that the matter also includes an arraignment for a supervised release violation pursuant to 18 U.S.C. § 3583. I will notify Nicole Fairchild, Mr. Martinez's Probation Officer, of the arraignment.

    The defendant is in custody and does not require the assistance of an interpreter.

    Very truly yours,

    JOSEPH P. RUSSONIELLO
    United States Attorney

By: _____/s/_____
    DANIEL R. KALEBA
    Assistant United States Attorney