UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CR-06-00607 DLJ |
| )  | |
| Plaintiff,        ) | |
| )  | VERDICT |
| v.        ) | |
| )  | |
| ERICKA CHAVEZ,        ) | |
| )  | |
| Defendant.        ) | |
| _____ ) | |

**We, the Jury, find the defendant, ERICKA CHAVEZ:**

COUNT ONE of the Indictment, Conspiracy to Possess With Intent to Distribute and Distribution of methamphetamine:

**_____**
**GUILTY / NOT GUILTY**

COUNT TWO of the Indictment, Possession With Intent to Distribute and Distribution of approximately 2.2 grams of actual methamphetamine:

**_____**
**GUILTY / NOT GUILTY**

COUNT THREE of the Indictment, Possession With Intent to Distribute and Distribution of approximately 423.2 grams of actual methamphetamine:

**_____**
**GUILTY / NOT GUILTY**

COUNT FOUR of the Indictment, Conspiracy to Possess With Intent to Distribute and Distribution of Cocaine:

**_____**
**GUILTY / NOT GUILTY**

COUNT FIVE of the Indictment, Possession With Intent to Distribute and Distribution of approximately 54.4 grams of cocaine:

**GUILTY / NOT GUILTY**

COUNT SIX of the Indictment, Possession With Intent to Distribute and Distribution of approximately 40 grams of actual methamphetamine:

**GUILTY / NOT GUILTY**

DATED: January _____, 2008

_____FOREPERSON