UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 1/30/08**

**Plaintiff:**  United States

**v.**                                                  **No.**  CR-00-40120 CW
                                                                 CR-07-00793 CW

**Defendant:**  Jose Jesus Martinez (present - in custody)


**Appearances for Plaintiff:**
Daniel Kaleba

**Appearances for Defendant:**
Rebecca Silbert

**Interpreter:**
not needed

**Probation Officer:**
Mark Unalp for Robert Tenney


**Speedy Trial Date:**


**Hearing:  Trial Setting (initial appearance)**

**Notes:**    This was the defendant's first appearance before District Judge.  Defense has received discovery, but more is coming.  Defendant's exposure is large depending on priors.  Defense needs to investigate re possible motions.  **Case continued to 3/5/08 at 2:00 p.m. for motions setting or trial setting or disposition.**  Time excluded for effective preparation.

Copies to: Chambers