# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

March 24, 2008

Ivy Garcia
Court Clerk to the
Honorable Wayne D. Brazil
United States District Court
1301 Clay Street
Oakland, CA 94607

    Re:   <u>United States v. Jose Jesus Martinez</u>
           CR-07-00793 CW and 00-40120 CW

Dear Ms. Garcia:

    I write to request that the Court place Mr. Martinez on calendar on Wednesday, March 26 at 10:00 a.m. for substitution of counsel. The Federal Public Defender's Office has a conflict, and Chris Cannon has agreed to take the case as panel counsel. Mr. Martinez is in custody. He is already scheduled to appear before Judge Wilken at 2:00 p.m. on March 26.

    If there is any additional information that you need, please let me know. I can be reached directly at (510) 637-1953. Thank you.

    Respectfully,

    BARRY J. PORTMAN
    Federal Public Defender

    /S/
    REBECCA SULLIVAN SILBERT
    Assistant Federal Public Defender

cc:    Daniel Kaleba, AUSA (Oakland)
        Chris Cannon (by fax)