UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 3/26/08

**Plaintiff:** United States

**v.**                                                    **No.**  CR-00-40120 CW
                                                                   CR-07-00793 CW

**Defendant:** Jose Jesus Martinez (present - in custody)


**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
Chris Cannon

**Interpreter:**


**Probation Officer:**
Connie Cook for Robert Tenney


**Speedy Trial Date:**


   **Hearing:** Trial Setting or Motions Setting or Disposition

**Notes:**     Mr. Cannon was just appointed as new counsel after AFPD withdrew due to conflict.  Defense counsel received discovery today. **Cases continued to 4/23/08 at 2:00 p.m. for disposition or trial setting or motion setting.**  If filing motions, counsel should agree on briefing schedule and hearing date or by 4/23 defense counsel should at least know if there will be any motions to file.

Copies to: Chambers