UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/23/08

**Plaintiff:**  United States

**v.**                                              **No.**  CR-07-00793 CW
                                                             CR-00-40120 CW

**Defendant:**  Jose Jesus Martinez (present - in custody)


**Appearances for Plaintiff:**
Dan Kaleba

**Appearances for Defendant:**
Chris Cannon

**Interpreter:**
not needed

**Probation Officer:**
no appearance


**Speedy Trial Date:**


Hearing:  Setting or Disposition

**Notes:**     Defense counsel recently substituted in and parties are close to disposing of this matter.  Defense counsel may have wire-tap motion and possible "stop" motion if no disposition is reached.  **Case continued to 4/30/08 at 2:00 p.m. for motions setting or trial setting or disposition in both cases.**  Government requests under seal search warrant for cell phone be unsealed; defense has no objection.  Time excluded for effective preparation.

Copies to: Chambers