UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
APR 3 0 2008

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Starr Wilson, pro tem
Date: 4/30/08

Plaintiff:  United States

v.                                    No.  CR-07-00793 CW
                                           CR-00-40120 CW

Defendant:  Jose Jesus Martinez (present - in custody)


Appearances for Plaintiff:
Dan Kaleba

Appearances for Defendant:
Chris Cannon

Interpreter:
not needed

Probation Officer:
Connie Cook for Robert Tenney


### Hearing:  Change of Plea

**Notes:**    Defendant enters under oath Rule 11(c)(1)(A) and (C) plea of
guilty to Counts 4 and 5 of the indictment charging in Count 4
possession with intent to distribute cocaine base ("crack" cocaine), a
Schedule I controlled substance in violation of 21 USC 841(a)(1) and
841(b)(1)(B)(iii), and in Count 5 possession with intent to distribute
heroin, a Schedule I controlled substance in violation of 21 U.S.C.
841(a)(1) and 843(b)(1)(C).  Defendant admits to charge one of the
Form 12 supervised release violation and waives his right to a hearing
on that charge.  Plea Agreement filed.  Court finds factual basis for
plea; Court accepts plea.  PSR requested.  **Sentencing set for 7/23/08
at 2:00 p.m.** ✓  P/O can address supervised release violation in PSR;
Court does not need separate report.

Copies to: Chambers; probation