# SUGARMAN & CANNON

CHRISTOPHER J. CANNON  
SCOTT A. SUGARMAN

ATTORNEYS AT LAW  
44 MONTGOMERY STREET, SUITE 2080  
SAN FRANCISCO, CALIFORNIA 94104-6702

(415) 362-6252

OAKLAND OFFICE  
385 GRAND AVENUE, SUITE 300  
OAKLAND, CALIFORNIA 94610

(510) 272-0600

August 12, 2008

Honorable Judge Claudia Wilken  
1301 Clay Street, Suite 400 S  
Oakland, CA 94612-5212

Re: United States v. Jose Jesus Martinez, No. CR 07-00793

Dear Judge Wilken,

I am writing on behalf of my client, Jose Jesus Martinez, who you recently sentenced to twelve-and-one-half years in custody.

As you know, he is involved in family court proceedings in Alameda County over the fate of his children. As you also know, from the letters and PSR, despite his many failings, Mr. Martinez has attempted to be involved in the lives of his children, and he would like to be able to participate in the placement proceedings which are scheduled for November 4, 2008.

I have been informed that Alameda County family court has considerable experience with incarcerated parents and can arrange for them to appear in person or telephonically at family court proceedings, if they are in the County. Accordingly, I am requesting that you sign the enclosed order requesting the Marshall keep Mr. Martinez in custody in Alameda County (location unspecified) until November 30, 2008, at which time his family court proceedings should be finished.

I have spoken to Christine Y. Wong, the AUSA assigned to this case, and she has no objection to this request.

Thank you for your consideration in this matter.

Sincerely,

Christopher J. Cannon

Encl.

cc: Jose Martinez; Christine Wong, AUSA