CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

FILED

AUG 1 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

Attorney for Defendant JOSE JESUS MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00793 CW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE JESUS MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

SO THAT JOSE JESUS MARTINEZ MAY PARTICIPATE IN FAMILY COURT PROCEEDINGS, IT IS HEREBY REQUESTED THAT:

The Attorney General and the United States Marshall keep him in custody in Alameda County until November 30, 2008, before sending him to his designated institution.

Date:    AUG 1 ? 2008

_____
The Honorable Claudia A. Wilken
United States District Court Judge

[PROPOSED] ORDER

1

CC: USM